

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2014

No. 04-13-00445-CV

**PNP PETROLEUM I, LP** and PNP Management, Inc.,
Appellants

v.

Edna Ernest **TAYLOR** and Elizabeth Earnest Herbst.,
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 10-05-00167CVF
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The Appellant's Zaccaria and Cibolo's Unopposed Second Motion for Extension of Time to File Reply Brief is GRANTED. The appellant's reply brief is due on February 13, 2014.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court